**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
TYLER CERTUCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER CERTUCHE,<br><br>　　　　　Defendant | )  Case No.: Case No. 14-CR-00032 AWI-BAM<br>)<br>)<br>)  **DEFENDANTS REQUEST AND WAIVER**<br>)  **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, TYLER CERTUCHE, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, July 28, 2014 at 1:00 p.m. in Courtroom 8 of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 7/24/14                                              */s/Tyler Certuche*_ _ _ _ _
　　　　　　　　　　　　　　　　　　　　　　　　TYLER CERTUCHE

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant TYLER CERTUCHE is hereby excused from appearing at this court hearing scheduled for July 28, 2014 at 1:00 P.M. before Judge McAuliffe.

IT IS SO ORDERED

Dated:   **July 24, 2014**                          /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE