**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
TYLER CERTUCHE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TYLER CERTUCHE,<br><br>  Defendant | Case No.: Case No. 14-CR-00032 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE;  ORDER** |

Defendant, TYLER CERTUCHE, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, January 26, 2015 at 1:00 in Courtroom 8 of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:  1/21/15                                              */s/ TYLERCERTUCHE*_____
                                                                    TYLER CERTUCHE

Date:  1/21/15                                              */s/ DAVID A. TORRES*_____
                                                                    DAVID A. TORRES
                                                                    Attorney for
                                                                    TYLER CERTUCHE

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant TYLER CERTUCHE is hereby excused from appearing at this court hearing scheduled for January 26, 2015 at 1:00 PM before Judge McAuliffe re 6th Status Conference.

IT IS SO ORDERED.

Dated:   **January 22, 2015**                             /s/ Barbara A. McAuliffe
                                                                              UNITED STATES MAGISTRATE JUDGE