**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TYLER CERTUCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 14-CR-00032 AWI-BAM<br>)<br>) |
| Plaintiff, | ) **STIPULATION AND ORDER TO**<br>) **ALLOW DEFENDANT TO TRAVEL OUT** |
| vs. | ) **OF THE DISTRICT**<br>) |
| TYLER CERTUCHE, | )<br>) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, TYLER CERTUCHE, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the defendant, TYLER CERTUCHE, be allowed to

travel out of the Eastern District from February 24, 2015 through February 27, 2015.

Mr. Certuche has informed my office that his brother, Zachary Certuche, who serves in

the United States Navy, will be returning to the states after a nine month deployment in the

Persian Gulf. He will be returning to San Diego via the Tiger Cruise. Mr. Certuche would like to

be present when the ship docks and spend a couple of days with his brother and family.

Mr. Certuche was released to a third party custodian, Anna Certuche.  Mr. Certuche has been in compliance with all the terms of his supervised release.  He is scheduled for a status conference hearing on April 27, 2015.

I have spoken to AUSA Kirk Sheriff and he has no objection to allowing the defendant to travel to San Diego.  U.S. Pretrial Services Officer, Frank Guerrero, has no objection to this request.  The court should note that Mr. Certuche will be off the monitor while out of the Eastern District.

///

**IT IS SO STIPULATED.**                                   Respectfully Submitted,

DATED:  2/03/15                                   */s/ David A Torres*
                                                  DAVID A. TORRES
                                                  Attorney for Defendant
                                                  TYLER CERTUCHE

DATED: 2/03/15                                    */s/ Kirk Sherriff*
                                                  KIRK SHERRIFF
                                                  Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to San Diego from February 24, 2015 through February 27, 2015.

IT IS SO ORDERED.

Dated:  **February 4, 2015**               /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE