**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TYLER CERTUCHE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER CERTUCHE,<br><br>    Defendant | ) Case No.: 14-CR-00032 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **ALLOW DEFENDANT TO TRAVEL**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, TYLER CERTUCHE, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the defendant, TYLER CERTUCHE, be allowed to

travel out of Kern County from April 24, 2015 through April 26, 2015.

   Mr. Certuche has informed my office that he would like to attend his family's yearly

family picnic.  Mr. Certuche, along with his family and third party custodian, will be staying at

the Sunnyslope Campground located in Sanger, California.  His family anticipates leaving Kern

County on April 24, 2015 and return before 9:00 p.m. on April 26, 2015.  The court should note

that Mr. Certuche will be away from his residence and off the monitor.  There is no cell service

in that area however, Mr. Certuche will provide USPS Officer, Frank Guerrero, a contact number to the main campground.

Mr. Certuche was released to a third party custodian, Anna Certuche.  Mr. Certuche has been in compliance with all the terms of his supervised release.  He is scheduled for a status conference hearing on April 27, 2015.

I have reviewed this matter with AUSA Kirk Sherriff.  Based on the understanding that Mr. Certuche's pretrial services officer does not object to this travel request, that Mr. Certuche is in compliance with his pretrial services obligations, and that Mr. Certuche's third-party custodian will be with him during this travel period, the government does not object to the defendant's travel request.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED:  3/31/2015 | */s/ David A Torres* |
|  | DAVID A. TORRES |
|  | Attorney for Defendant |
|  | TYLER CERTUCHE |
| DATED: 3/31/2015 | */s/ Kirk Sherriff* |
|  | KIRK SHERRIFF |
|  | Assistant U.S. Attorney |

## ORDER

The request for travel is DENIED, in light of the event and conditions #u and v.

IT IS SO ORDERED.

Dated:   **March 31, 2015**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE