**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TYLER CERTUCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER CERTUCHE,<br><br>    Defendant | ) Case No.: 14-CR-00032 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ~~PROPOSED~~ ORDER**<br>) **TO ALLOW DEFENDANT TO TRAVEL**<br>) **OUT OF THE DISTRICT**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, TYLER CERTUCHE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the defendant, TYLER CERTUCHE, be allowed to travel out of the Eastern District of California from November 20, 2015 through November 30, 2015.

    Mr. Certuche has informed my office that he and his family, are seeking permission to travel to Missouri to visit his great grandfather. The family plans to stay at the home of Tyler's cousin, Leah and Rick Sterin, who live at 11767 North Farm Road 231, Fair Grove, Missouri.

Their intent is to spend Thanksgiving at his grandmother's home located at 86 Willow Street, Fair Grove, Missouri.

Mr. Certuche's great grandfather is in his late 80's, is in poor health, suffers from memory loss and cannot travel long distances.  His cousins, Leah and Rick Stein, have no children nor will there be any children at the home during the duration Mr. Certuche's visit.  He will be monitored and supervised by his parents, Steve and Anna Certuche.  Moreover, Tyler will maintain contact with Pre Trial Services Officer Frank Guerrero

I have spoken to AUSA Kirk Sheriff regarding this request and he has no objection allowing the defendant to travel to Missouri.  U.S. Pretrial Services Officer, Frank Guerrero, has no objection to this request.  The court should note that Mr. Certuche will be off the monitor while out of the Eastern District but will be required to check-in with his Pre-Trial Services Officer on a daily basis.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  10/29/15                                           */s/ David A Torres*             
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            TYLER CERTUCHE

DATED: 10/29/15                                            */s/ Kirk Sherriff*             
                                                            KIRK SHERRIFF
                                                            Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that defendant is allowed to travel to Missouri from November 20, 2015 through November 30, 2015.

IT IS SO ORDERED.

Dated:   **October 30, 2015**                    /s/ *Barbara A. McAuliffe*        
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25