**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TYLER CERTUCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER CERTUCHE,<br><br>Defendant | ) Case No.: 14-CR-00032-DAD-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **ALLOW DEFENDANT TO TRAVEL OUT**<br>) **OF THE DISTRICT**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, TYLER CERTUCHE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the defendant, TYLER CERTUCHE, be allowed to travel out of the Eastern on December 27, 2015.

Mr. Certuche's third party custodian, Anna Certuche, has informed my office that she would like to purchase tickets to the Gabriel Iglesias comedy show as a Christmas gift for Mr. Certuche. The comedy show will be at the Microsoft Theater in Los Angeles. Mr. Certuche will be traveling with his mother and father, and will return home immediately after the show.

- 1

Mr. Certuche was released to a third party custodian, Anna Certuche.  Mr. Certuche has been in compliance with all the terms of his supervised release.  He is scheduled for sentencing hearing on  March 21, 2016.

I have spoken to AUSA Kirk Sheriff and he has no objection to allowing the defendant to attend the show.  U.S. Pretrial Services Officer, Frank Guerrero, has no objection to this request. The court should note that Mr. Certuche will be off the monitor while out of the Eastern District.

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  12/22/15         */s/ David A Torres*___
DAVID A. TORRES
Attorney for Defendant
TYLER CERTUCHE

DATED: 12/22/15         */s/ Kirk Sherriff*_____
KIRK SHERRIFF
Assistant U.S. Attorney

# ORDER

The above named defendant is allowed to travel to Los Angeles on December 27, 2015.

IT IS SO ORDERED.

Dated:   **December 23, 2015**                              
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

- 2