**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TYLER CERTUCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER CERTUCHE,<br><br>Defendant | ) Case No. 1:14-CR-00032-DAD-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, TYLER CERTUCHE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, March 21, 2016 be continued to Monday, April 18, 2016.

    Approximately one month ago, our office filed a request for funds to retain a forensic psychologist to assist in evaluating Mr. Tyler Certuche. The request was granted upon two weeks ago and we immediately retained the services of Dr. Greg Hirokawa, a forensic psychologist employed by the California Department of Corrections and Rehabilitations. Dr. Hirokawa has evaluated mentally disordered offenders who have committed violent crimes including many individuals who have committed sexual offenses prior to parole. He is highly

knowledgeable of risk assessment instruments and the issue of recidivism as well.  For many years, he has assisted the courts in deciding who is suitable for incarceration and those who are able to serve their sentence in the community by utilizing evidence based methodologies.

It was the request of counsel for Dr. Hirokawa to closely study the case of Tyler Certuche as well as recommend that Mr. Certuche undergo a battery of tests with Dr. Hirokawa as well as interviews.  Because the request for funds was authorized less than one month ago, Dr. Hirokawa has been attempting to complete his analysis as quickly as possible, to no avail.

The significance if Dr. Hirkawa's report is such that it was counsels intention to include a large portion of his final analysis in a sentencing statement which is to be prepared by counsel. In addition, said sentencing statement is also to contain private and personal information concerning Mr. Certuche and his immediate family.  All of the information discussed, herein, is vital for purposes of affording a court the opportunity to make a sound and well reasoned decision on whether Mr. Certuche should be incarcerated or not at the time of sentencing.  I have spoken to AUSA Kirk Sherriff, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/17/16   */s/ David A Torres*___
DAVID A. TORRES
Attorney for Defendant
TYLER CERTUCHE


DATED: 3/17/16   */s/Kirk Sherriff*_____
KIRK SHERRIFF
Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation the court finds good cause and continues the sentencing hearing as to the above named defendant from March 21, 2016, to April 18, 2016, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**March 17, 2016**__  

_____
UNITED STATES DISTRICT JUDGE