PHILLIP A. TALBERT
Acting United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:14-CR-00032-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| TYLER CERTUCHE, | |
| Defendant. | |

WHEREAS, on March 22, 2016, the Court entered a Preliminary Order of Forfeiture,

forfeiting to the United States all right, title, and interest of defendant Tyler Certuche in the

following property:

> a. Compaq Presario CPU computer (serial #CNH6031D9F), seized from
>    defendant by law enforcement on or about February 12, 2014;
>
> b. HP Pavilion CPU computer (serial #MXG80201P4), seized from defendant
>    by law enforcement on or about February 12, 2014;
>
> c. Computers, compact discs, hard drives, and other storage devices
>    containing visual depictions of minors engaged in sexually explicit conduct
>    and seized from defendant by law enforcement on or about February 12,
>    2014.

AND WHEREAS, beginning on April 12, 2016, for at least 30 consecutive days, the

United States published notice of the Court's Order of Forfeiture on the official internet

government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties

FINAL ORDER OF FORFEITURE                                    1

1  of their right to petition the Court within sixty (60) days from the first day of publication of

2  the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited

3  property;

4      AND WHEREAS, the Court has been advised that no third party has filed a claim to the

5  subject property, and the time for any person or entity to file a claim has expired.

6      Accordingly, it is hereby ORDERED and ADJUDGED:

7      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of

8  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to

9  be disposed of according to law, including all right, title, and interest of Tyler Certuche.

10      2.    All right, title, and interest in the above-listed property shall vest solely in the

11  name of the United States of America.

12      3.    The Federal Bureau of Investigation shall maintain custody of and control over

13  the subject property until it is disposed of according to law.

14  IT IS SO ORDERED.

15  Dated:   **July 5, 2016**

16                       UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE          2